Exhibit A to the First Amended Complaint

Location: Parker, CO  
Total Works Infringed: 25

IP Address: 24.9.90.212  
ISP: Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3AFE7E78333472003239ADF15CF4EBFA8DBF38D0 | 05/07/2025 13:02:23 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 2 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 03/21/2025 14:47:02 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 3 | 5E3EE3C04A734916F44384558A7B5A5CD86D22A9 | 03/15/2025 23:09:14 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 4 | 9B2D7FF24D25691FBFA67A7F19276AFE62D75467 | 03/15/2025 23:07:23 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 5 | 9c98d5f0e79c5eadfaec469625f33984b332186c | 02/25/2025 15:04:42 | Milfy | 11/22/2023 | 01/16/2024 | PA0002453490 |
| 6 | B3F2F92AABA110DEAED3DF4A2157600625689993 | 02/07/2025 04:39:11 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 7 | c6c65232c7b90fd8a453caf954bc8d03c4b30b3e | 01/25/2025 07:09:07 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 8 | 0307d13fc77d6d5914d5a546135aee30e92150d2 | 10/14/2024 00:40:55 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |
| 9 | 89f8a5fc625f684ce8e5d9445e7b42247c48cfb0 | 10/12/2024 16:39:08 | Tushy | 12/11/2022 | 01/10/2023 | PA0002389623 |
| 10 | 23233f079b259ab872fb63ec7acdd96d32c91767 | 10/10/2024 05:27:45 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 11 | 716888f0eb55291c8227f29f619119314fdd4208 | 10/09/2024 22:03:03 | Blacked | 03/12/2022 | 03/29/2022 | PA0002342846 |
| 12 | 2f793d33c8329b55fb5acc647e12c9c86de895aa | 10/07/2024 23:14:19 | Tushy | 03/06/2022 | 03/29/2022 | PA0002342854 |
| 13 | e714ed4c2d063e9312d9699abc5d6b8d984331ca | 10/03/2024 19:01:46 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 14 | bbff969cd7c5ea20a544f59576f34ca6dd8f1b0b | 10/02/2024 04:23:46 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 15 | 9152c62d4665630496d706dc5d1b7219b97579a4 | 09/27/2024 12:03:15 | Blacked Raw | 12/13/2021 | 01/17/2022 | PA0002330111 |
| 16 | 2c02128a863d3d71e501da9e5229891dacd04572 | 09/27/2024 05:14:24 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | a9297c7c331d6275af75da65a90d39b80ded623e | 09/26/2024 23:59:07 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 18 | 4824f875cb0372ef21057d3d01c9a2f2229eda48 | 09/24/2024 15:35:31 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 19 | 99413f86656bfe72896337eee0e6fbb69eb34b59 | 09/24/2024 12:26:42 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 20 | 6e20e0e16ce8b973010840bfa905cb4da48a69ac | 09/23/2024 09:31:09 | Blacked Raw | 12/20/2021 | 01/17/2022 | PA0002330107 |
| 21 | 1a5001ee54fcc8acf132b9be681702a7bb1f71ce | 09/19/2024 16:18:05 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 22 | 760f1fdab7879de5f0f7cdce8a3716ac6a996b27 | 09/17/2024 04:03:18 | Slayed | 04/12/2022 | 06/09/2022 | PA0002361951 |
| 23 | d86781491719c75515bb0cb6a2857e2bc18955f3 | 08/10/2024 09:55:44 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 24 | 095747e2a6a7e4e8493ccabfb701a605c31d8918 | 07/28/2024 15:56:50 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 25 | 13c24f757d298321c9d3b5a9e7af86ec7188c882 | 07/28/2024 09:25:49 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |