| IN THE DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>1437 Bannock Street Room 256, Denver, CO 80202 | FOR COURT USE ONLY |
|---|---|
| **STRIKE 3 HOLDINGS, LLC**<br>　　　　　　　　　　　　　　　Plaintiff/Petitioner<br>vs.<br>**JOHN DOE subscriber assigned IP address 24.9.90.212**<br>　　　　　　　　　　　　　　　Defendant/Respondent | Case # 　1:25-cv-01793-CMA-CYC<br>Hearing Date: |

## DECLARATION OF SERVICE

Received by **Vasilios Frangiskakis**, on the **1st day of October, 2025 at 9:42 PM** to be served on ▮▮▮▮▮ at ▮▮▮▮▮.

I, **Vasilios Frangiskakis**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **2nd day of October, 2025 at 10:21 AM**, I **SERVED** the within named defendant at ▮▮▮▮▮ ▮▮▮▮▮, at the usual place of abode, in the manner indicated below:

**PERSONAL SERVICE**, by personally delivering **1** copy(ies) of the below-listed documents to the named Defendant.

**Documents Served:** **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT - ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT; CIVIL COVER SHEET**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: ▮▮▮▮▮, I delivered the documents to ▮▮▮▮▮ with identity confirmed by subject stating their name. The individual accepted service with direct delivery. ▮▮▮▮▮.

Service Fee Total: $75.00

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on   10/02/2025
　　　　　　　　(date)

at   Douglas County
　　　(city or other location, and state OR county)

Vasilios Frangiskakis
　　　(printed name)

_/s/ Vasi_
　　　(signature)

| REF: **COD-1310** | PAGE 1 OF 1<br>ORIGINAL PROOF OF SERVICE | Tracking #: 0189006134  |