IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01793-CMA-CYC

STRIKE 3 HOLDINGS, LLC,

   Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.9.90.212,

   Defendant.

---

**MINUTE ORDER**

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on October 7, 2025.**

   Before the Court is Plaintiff's Motion for Leave to File Unredacted Versions of Plaintiff's First Amended Complaint, Proposed Summons and Return of Service as Level 1 Restricted Documents (the "Motion"). ECF No. 15. For good cause shown, and in the interest of justice, the Court hereby **grants** Plaintiff's Motion, ECF No. 15.

   Pursuant to D.C.Colo.LCivR 7.2, the Clerk of the Court is directed to maintain the unredacted versions of Plaintiff's First Amended Complaint, Proposed Summons and Return of Service, as well as any accompanying exhibits, under **Restriction Level 1** until further order of the Court.