**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01793-JLK-CYC

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.9.90.212,

Defendant.

---

**PLAINTIFF'S VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.9.90.212 are voluntarily dismissed without prejudice.

Dated: April 14, 2026

Respectfully submitted,

By: *<u>/s/ Jessica Fernandez</u>*
Jessica Fernandez
Associate In-House Counsel
General Media Systems, LLC
11239 Ventura Blvd
Suite #103 Box 717
Studio City, CA 91604
Phone: 818-253-1453
Fax: 323-872-0022
Jessica@Strike3Holdings.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *<u>/s/ Jessica Fernandez</u>*
Jessica Fernandez, Esq.